**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

**No. 21-7249**

DESTINED C. M. D. GEORGE,

       Plaintiff - Appellant,

    v.

C.O. PUCKETT, sued in individual and official capacity; C.O. OH, sued in individual and official capacity,

       Defendants - Appellees.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. James P. Jones, Senior District Judge. (7:19-cv-00846-JPJ-PMS)

Submitted: March 24, 2022                        Decided: March 28, 2022

Before MOTZ, WYNN, and RICHARDSON, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Destined C. M. D. George, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Destined C. M. D. George appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on George's 42 U.S.C. § 1983 complaint for failure to demonstrate administrative exhaustion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *George v. Puckett*, No. 7:19-cv-00846-JPJ-PMS (W.D. Va. July 22, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*